JUDSON, Appellant, v. FURLONG, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 7, 1914.) Action by Mary C. Judson (sometimes known as Mary Mack Judson) against Mary E. Furlong.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to ap-

pellant to abide event. Held that, on the pleadings and the statement of plaintiff's counsel at the trial that the terms of the contract were as admitted in defendant's answer, the trial court should have found that there was a valid and existing contract between the parties, which consisted of the written offer, signed by defendant, and acceptance, signed by plaintiff, without the added clause in reference to the mortgage tax.